Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT WILKES, Appellant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

JOSEPH VINACOUR et al., Respondents, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

## (March 8, 1971)

JOHN BECKHAM, as Administrator of the Estate of MABEL BECKHAM, Deceased, Respondent, v. LEFFERTS GENERAL HOSPITAL et al., Defendants, and EDWARD H. ROSENTHAL, Appellant.—

PRISCILLA FRIESE, as Administratrix of the Estate of PAULINA NICHOLS, Deceased, Appellant, v. MERRITT BAIRD et al., Respondents.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

JOEL GUIDO, an Infant by SALVATORE GUIDO, His Father and Natural Guardian, et al., Appellants, v. FRANK KUSTER, Respondent.—